# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2880
_____

ANTHONY WHITE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

February 9, 2018

PER CURIAM.

The petition for writ of habeas corpus alleging ineffective assistance of appellate counsel is denied on the merits.

B.L. THOMAS, C.J., and LEWIS and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Anthony White, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Kaitlin Weiss, Assistant Attorney General, Tallahassee, for Respondent.